HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00213-ADA |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| BRIANNA JOCELENE AYON, | |
| *Defendant,* | |

Defendant, Brianna Jocelene Ayon, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Ms. Ayon has a pending Petition for Violation of Supervised Release and has been summoned to appearance on April 25, 2023, for an initial appearance on the petition. Counsel is needed in advance of the hearing to facilitate her appearance.

Ms. Ayon submits the attached Financial Affidavit as evidence of her inability to retain counsel. After reviewing her Financial Affidavit, it is respectfully recommended that CJA panel counsel Rena Harrison be promptly appointed *nunc pro tunc* as of April 17, 2023, assist in advance to facilitate the hearing.

DATED: April 17, 2023              */s/ Eric V. Kersten*
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Rena Harrison be promptly appointed *nunc pro tunc* as of April 17, 2023, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **April 17, 2023**                    /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE