IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIANNA JOCELENE AYON,<br><br>　　　　　Defendant. | Case No.:  1:21-cr-00213-ADA<br><br>ORDER RECALL WARRANT |

IT IS HEREBY ORDERED that the no bail bench warrant [Doc. 23] issued on April 21, 2023 is recalled forthwith.

IT IS SO ORDERED.

Dated:   **April 25, 2023**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE