Jeffrey T. Hammerschmidt, #131113
Rena M. Harrison, #330925
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Brianna Ayon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIANNA AYON<br><br>　　　　Defendant. | Case No.: 1:21-cr-00213-ADA<br><br>**ORDER ON RENA MARIE HARRISON'S MOTION TO WITHDRAW AS COUNSEL** |

**ORDER ON RENA MARIE HARRISON'S MOTION TO WITHDRAW AS COUNSEL**

Rena Marie Harrison, Counsel for Defendant Brianna Ayon, has filed a Motion to Withdraw as Counsel of Record. In support of this request, the defendant has filed with this Court the following documents:

1.Motion to Withdraw

2. Declaration of Rena Marie Harrison in Support of the Motion to Withdraw as Counsel of Record.

//

1

This Court has reviewed the filed documents and HEREBY ORDERS:

1. The motion to withdraw as counsel of record is GRANTED.
2. Another attorney shall be appointed to represent Brianna Ayon going forward. The Clerk's office shall forward this order to the Federal Defender's office.

IT IS SO ORDERED.

Dated:   May 5, 2023

_____
UNITED STATES DISTRICT JUDGE